UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

March 29, 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| Maria Letelier, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-3377 |
| | § | |
| Star Furniture Company, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

The court, having been advised that Maria Letelier no longer wishes to pursue this matter, dismisses this case without prejudice.

Signed on March 29, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge